*United States Probation & Pretrial Services*

United States District Court
Central District of California



| Kiry K. Gray | | Michelle A. Carey |
|---|---|---|
| District Court Executive / Clerk of Court | | Chief Probation & Pretrial Services Officer |

PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California

UNITED STATES OF AMERICA

v.    Docket No.   SACR05-00279-DOC

Gilbert Villegas

On May 21, 2015, the above named commenced a 96-month term of supervised release. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Dillon Felkel   /s/
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___11th___ Day of ___September___, 20 _19_ .

*David O. Carter*
Honorable David O. Carter
United States District Judge

Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Suite 4170, Santa Ana, CA 92701 / 714-338-2900 phone, 714-338-2904 fax